UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

In re:  
  Asia Palace Restaurant Inc.,  
      Debtor(s).

Case No.: 22-12435  
Chapter: 11

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on July 15, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

ECF 7  NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE WITH VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. July 15, 2022

Tinamarie Feil  
BMC Group, Inc.  
Approved Bankruptcy Notice Provider  
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Asia Palace Restaurant Inc. 22-12435**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 4101 | ASIA PALACE RESTAURANT INC., 9728 GILESPIE STREET, LAS VEGAS, NV, 89183 | **First Class** |
| 4101 | CHIAM RESTARURANT, INC., 9728 GILESPIE STREET, LAS VEGAS, NV, 89183 | **First Class** |
| 4101 | MOUSE2MOUSE.COM INC., 2021 VERNON PLACE, SUITE 101, MELBOURNE, FL, 32901 | **First Class** |
| 4101 | CHIAM MANAGEMENT LLC, 9728 GILESPIE STREET, LAS VEGAS, NV, 89183 | **First Class** |
| 4101 | EASTERN SILVERADO LLC, 3824 S. JONES BLVD. #F, LAS VEGAS, NV, 89103 | **First Class** |
| 4101 | NEVADA DEPT OF TAXATION, BANKRUPTCY SECTION, 555 E. WASHINGTON, SUITE 1300, LAS VEGAS, NV, 89101 | **First Class** |
| 4101 | BRIAN D. SHAPIRO, 510 S. 8th STREET, LAS VEGAS, NV, 89101 | **First Class** |
| 4101 | H STAN JOHNSON, COHEN JOHNSON, LLC, 375 E. WARM SPRINGS RD, STE 104, LAS VEGAS, NV, 89119 | **First Class** |