BRIAN SHAPIRO, TRUSTEE
210 S. 8TH STREET
LAS VEGAS, NV 89101

CARLYON CICA CHTD.
265 E WARM SPRINGS ROAD
SUITE 107
LAS VEGAS, NV 89119

CHIAM MANAGEMENT LLC
9728 GILESPIE STREET
LAS VEGAS, NV 89183

CHIAM RESTAURANT, INC.
9728 GILESPIE STREET
LAS VEGAS, NV 89183

CLARK COUNTY ASSESSOR
500 SOUTH GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155-1401

CLARK COUNTY TREASURER C/O BANKRUPTCY CLERK
500 GRAND CENTRAL PARKWAY
BOX 551220
LAS VEGAS, NV 89155-1220

DETR
500 E THIRD STREET
CARSON CITY, NV 89713

EASTERN SILVERADO LLC
3824 S. JONES BLVD. #F
LAS VEGAS, NV 89103

EASTERN SILVERADO LLC
3824 S. JONES BLVD, #F
LAS VEGAS, NV 89103

EASTERN SILVERADO, LLC
3824 S. JONES BLVD #F
LAS VEGAS, NV 89103

INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVE
PO BOX 7346
PHILADELPHIA, PA 19114-7346

MOUSE2MOUSE.COM INC.
2021 VERNON PLACE
SUITE 101
MELBOURNE, FL 32901

NEVADA DEPT OF TAXATION, BANKRUPTCY SECTION
555 E WASHINGTON
STE 1300
LAS VEGAS, NV 89101

OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BLVD SOUTH
LAS VEGAS, NV 89101