**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
PHONE:  (702) 685-4444
FAX:      (725) 220-4360
Email:    Ccarlyon@CarlyonCica.com
             TOSteen@CarlyonCica.com

*Counsel for Eastern Silverado LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ASIA PALACE RESTAURANT INC.<br><br>Debtor. | Case No.: 22-12435-NMC<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

     I HEREBY CERTIFY that on August 19, 2022, I served a true and correct copy of the following:

1.     Motion for Relief from the Automatic Stay [ECF No. 17]

2.     Declaration of Ali Kaveh in Support of Motion for Relief from the Automatic Stay [ECF No. 18]

3.     Notice of Hearing on Motion for Relief from the Automatic Stay [ECF No. 19]

   a.     via US mail to address below:

Asia Palace Restaurant Inc.
9728 Gilespie Street
Las Vegas, NV 89183

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of August 2022.

*/s/ Nancy Rodriguez*
An employee of Carlyon Cica Chtd.

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119