NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−22−12435−nmc |
| ASIA PALACE RESTAURANT INC. | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **25** – Response Filed by H STAN JOHNSON on behalf of ASIA PALACE RESTAURANT INC. (Related document(s)17 Motion for Relief from Stay filed by Interested Party EASTERN SILVERADO LLC.) (JOHNSON, H) |
| Filed On: | 9/6/22 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.

Dated: 9/7/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**