**COHEN JOHNSON, LLC**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | BK-22-12435-nmc |
| ASIA PALACE RESTAURANT INC. | CHAPTER 11 |
| Debtor(s). | |

## **CERTIFICATE OF SERVICE**

1.  On September 7, 2022, I served the following document(s):

   a.  Opposition to Motion for Relief from Automatic Stay ECF No. 27

2. I served the above-named document(s) by the following means to the persons as listed below:

   a.  ECF System:

CANDACE C CARLYON on behalf of Interested Party EASTERN SILVERADO LLC

ccarlyon@carlyoncica.com,

CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party EASTERN SILVERADO LLC

tosteen@carlyoncica.com,

crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

Page 1 of 2

COHEN-JOHNSON, LLC
375 East Warm Springs Road., Suite 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

1  BRIAN D. SHAPIRO

2  brian@trusteeshapiro.com,

3  nv22@ecfcbis.com;kristin@trusteeshapiro.com;carolyn@brianshapirolaw.com

4  U.S. TRUSTEE - LV - 11

5

6  USTPRegion17.lv.ecf@usdoj.gov

7  JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11

8  justin.c.valencia@usdoj.gov

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated on: September 7, 2022.

| Kenia Gutierrez | */s/ Kenia Gutierrez* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |